NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

P. Kristofer Strojnik
2415 E. Camelback Rd., Ste. 700
Phoenix, Az 85016
415-450-0100

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THERESA BROOKE, a married woman
dealing with her sole and separate claim

Plaintiff(s),

v.

DANA POINT INN LLC, a California
limited liability company

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                        Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim | Plaintiff |
| DANA POINT INN LLC, a California limited liability company | Defendant |

December 11, 2022
Date

/s/ P. Kristofer Strojnik
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff

CV-30 (05/13)                                   NOTICE OF INTERESTED PARTIES